|  |  |
|---|---|
| MARK PICOZZI, | Case No. 2:19-cv-01361-KJD-DJA |
| Plaintiff | ORDER |
| v. |  |
| JENNIFER NASH et al., |  |
| Defendants |  |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

## I. DISCUSSION

On August 7, 2019, Plaintiff appeared to initiate a new case by filing an "employee code of ethics and conduct" with this Court. (ECF No. 1-1). The document contained no case number. (*Id.*) On August 12, 2019, this Court issued an order directing Plaintiff to file an application to proceed *in forma pauperis* or pay the filing fee, and to submit a complaint to the Court within 30 days from the date of that order. (ECF No. 2).

In response, Plaintiff filed a motion for clarification stating that he had an open case with Judges Dorsey and Ferenbach and wanted to know why he had been assigned a new case number. (ECF No. 3). The Court grants the motion.

The Court now finds that the instant case, 2:19-cv-01361-KJD-DJA, was opened in error because Plaintiff had not identified a case number when he filed his "employee code of ethics and conduct" document. The Court now closes the instant case and directs the Clerk of the Court to file the "employee code of ethics and conduct" (ECF No. 1-1) in Plaintiff's open case, *Picozzi v. State of Nevada,* 2:19-cv-00971-JAD-VCF. Plaintiff is further directed to clearly identify the case number of the case he seeks to file documents in.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motion for clarification (ECF No. 3) is granted.

It is further ordered that the Clerk of the Court opened the instant case, 2:19-cv-

1  01361-KJD-DJA, in error.

2  It is further ordered that the Clerk of the Court close the instant case and file the "employee code of ethics and conduct" (ECF No. 1-1) in Plaintiff's other open case, *Picozzi v. State of Nevada,* 2:19-cv-00971-JAD-VCF.

It is further ordered that the Clerk of the Court will docket a copy of this order in Plaintiff's other open case, *Picozzi v. State of Nevada,* 2:19-cv-00971-JAD-VCF.

It is further ordered that Plaintiff is directed to clearly identify the case number on all of the documents he seeks to file with this Court.

DATED THIS 30 day of August 2019.

_____
UNITED STATES DISTRICT JUDGE